25-10184-C

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**DISABILITY RIGHTS FLORIDA, et al.,**

*Plaintiffs-Appellees,*

v.

**FLORIDA SECRETARY OF STATE**

*Defendant-Appellant.*

On Appeal from U.S. District Court for the Northern District of Florida
Case No.: 4:21-cv-187-MW-MAF

**PLAINTIFFS-APPELLEES' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Amia Trigg*
**NAACP Legal Defense and Educational Fund, Inc.**
700 14th Street, Suite 600
Washington, D.C. 20005
(202) 682-1300
atrigg@naacpldf.org

Morenike Fajana
**NAACP Legal Defense and Educational Fund, Inc.**
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
mfajana@naacpldf.org

*(admitted *pro hac vice*)

Ellen Y. Choi**
**Covington & Burling LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
echoi@cov.com

Nellie L. King (Fla. Bar No. 99562)
**The Law Offices of Nellie L. King, P.A.**
319 Clematis Street, Suite 107
West Palm Beach, FL 33401
(561) 833-1084
Nellie@CriminalDefenseFla.com

**(application for *pro hac vice* forthcoming)

# CERTIFICATION OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, Plaintiffs-Appellees Common Cause, Disability Rights Florida and Florida State Conference of the NAACP (collectively, the "NAACP Plaintiffs") certify that the following individuals and entities may have an interest in the outcome of this case or appeal:

1. Adkins, Janet, *Defendant*
2. Advancement Project National Office, *Attorneys for Plaintiffs-Appellees*
3. Aguilera, Cecilia, *Attorney for Plaintiffs-Appellees*
4. Alachua County Attorney's Office, *Attorneys for Defendant*
5. Andersen, Mark, *Defendant*
6. Anderson, Christopher, *Defendant*
7. Anderson, Shirley, *Defendant*
8. Anstaett, David, *Attorney for Plaintiffs-Appellees*
9. Arnold & Porter, LLP, *Attorneys for Plaintiffs-Appellees*
10. Arnold, Melissa, *Defendant*
11. Arrington, Mary, *Defendant*
12. Baird, Maureen, *Defendant*
13. Baker McKenzie, LLP, *Attorney for Plaintiffs-Appellees*
14. Bardos, Andy, *Attorney for Defendants*

15. Barton, Kim, *Defendant*

16. Beasley, Bobby, *Defendant*

17. Begakis, Steven, *Attorney for Intervenor-Defendant*

18. Bell, Daniel, *Chief Deputy Solicitor General of Florida*

19. Benda, Kyle, *Attorney for Defendant*

20. Bennett, Michael, *Defendant*

21. Bentley and Bruning PA, *Attorney for Defendant*

22. Bentley, Morgan, *Attorney for Defendant*

23. Bernstein, Daniel, *Attorney for Plaintiffs-Appellees*

24. Bishop, Marty, *Defendant*

25. Black Voters Matter Fund LLC, *Plaintiff-Appellee*

26. Bledsoe, William, *Attorney for Defendant*

27. Branch, Aria, *Attorney for Plaintiffs-Appellees*

28. Brewton Plante PA, *Attorneys for Defendants*

29. Brigham, Robert, *Plaintiff-Appellee*

30. Brodeen, Karen, *Attorney for Defendants*

31. Broward County Attorney's Office, *Attorney for Defendant*

32. Brown, Summer, *Attorney for Defendant*

33. Brown, Tomi, *Defendant*

34. Budhu, Ryan, *Attorney for Plaintiffs-Appellees*

35. Byrd, Cord, *Defendant-Appellant*

36. Cannon, Starlet, *Defendant*

37. Case, Andrew, *Attorney for Plaintiffs-Appellees*

38. Chambless, Chris, *Defendant*

39. Chason, Sharon, *Defendant*

40. Choi, Ellen, *Attorney for Plaintiffs-Appellees*

41. Chorba, William, *Attorney for Defendant*

42. City of Jacksonville, Office of General Counsel, *Attorneys for Defendant*

43. Clark Partington, *Attorneys for Defendant*

44. Common Cause, *Plaintiff-Appellee*

45. Consovoy McCarthy PLLC, *Attorneys for Intervenor-Defendant*

46. Conyers, Grant, *Defendant*

47. Corley, Brian, *Defendant*

48. County of Volusia, *Attorneys for Defendant*

49. Covington & Burling LLP, *Attorneys for Plaintiffs-Appellees*

50. Cowles, Bill, *Defendant*

51. Cuffe, Edward, *Attorney for Defendant*

52. Cycon, John, *Attorney for Defendant-Appellant*

53. Dandeneau, Debra, *Attorney for Plaintiffs-Appellees*

54. Darrow Everett LLP, *Attorneys for Plaintiffs-Appellees*

55. Davis, Ashley, *Attorney for Defendant-Appellant*

56. Davis, Vicki, *Defendant*

57. Demos, *Attorneys for Plaintiffs-Appellees*

58. Devaney, William, *Attorney for Plaintiffs-Appellees*

59. Disability Rights Florida, *Plaintiff-Appellee*

60. District of Columbia, *Amicus*

61. Doyle, Tommy, *Defendant*

62. Driggers, Heath, *Defendant*

63. Druks, Roni, *Attorney for Plaintiffs-Appellees*

64. Duke, P. Benjamin, *Attorney for Plaintiffs-Appellees*

65. Dunaway, Carol, *Defendant*

66. Earley, Mark, *Defendant*

67. Edwards, Brendalyn, *Attorney for Defendant*

68. Edwards, Jennifer, *Defendant*

69. Edwards, Lori, *Defendant*

70. Elias Law Group, *Attorneys for Plaintiffs-Appellees*

71. Elias, Marc, *Attorney for Plaintiffs-Appellees*

72. Ellis, Elizabeth, *Attorney for Defendant*

73. Equal Ground Education Fund, *Plaintiff-Appellee*

74. Erdelyi, Susan, *Attorney for Defendants*

75. Escambia County Attorney's Office, *Attorneys for Defendant*

76. Fair Elections Center, *Attorneys for Plaintiffs-Appellees*

77. Fajana, Francisca, *Attorney for Plaintiffs-Appellees*

78. Fajana, Morenike, *Attorney for Plaintiffs-Appellees*

79. Farnam, Alteris, *Defendant*

80. Faruqui, Bilal, *Attorney for Defendant*

81. Feiser, Craig, *Attorney for Defendant*

82. Ferenc, Samuel, *Attorney for Plaintiffs-Appellees*

83. Florida Alliance for Retired Americans Inc., *Plaintiff-Appellee*

84. Florida Department of State, *Defendant-Appellant*

85. Florida Office of the Attorney General, *Attorneys for Defendant*

86. Florida Rising Together, *Plaintiff-Appellee*

87. Florida State Conference of the NAACP, *Plaintiff-Appellee*

88. Ford, Christina, *Attorney for Plaintiffs-Appellees*

89. Fouhey, Elizabeth, *Attorney for Plaintiffs-Appellees*

90. Fox, David, *Attorney for Plaintiffs-Appellees*

91. Freedman, John, *Attorney for Plaintiffs-Appellees*

92. Frost, Elisabeth, *Attorney for Plaintiffs-Appellees*

93. Galindo, Emily, *Attorney for Plaintiffs-Appellees*

94. Gardner Bist Bowden et al, *Attorneys for Defendants*

95. Genberg, Jack, *Attorney for Plaintiffs-Appellees*

96. Giannini, Mary, *Attorney for Defendant*

97. Gibson, Benjamin, *Attorney for Intervenor-Defendant*

98. Gray Robinson PA, *Attorneys for Defendant*

99. Green, Tyler, *Attorney for Intervenor-Defendant*

100. Griffin, Joyce, *Defendant*

101. Grimm, Dillon, *Attorney for Plaintiffs-Appellees*

102. Hanlon, John, *Defendant*

103. Harriett Tubman Freedom Fighters Corp., *Plaintiff-Appellee*

104. Hart, Travis, *Defendant*

105. Hays, Alan, *Defendant*

106. Healy, Karen, *Highlands County Supervisor of Elections*

107. Heard, Bradley, *Attorney for Plaintiffs-Appellees*

108. Henderson Franklin Starnes etc., *Attorneys for Defendants*

109. Hernando County Attorney's Office, *Attorneys for Defendant*

110. Herron, Mark, *Attorney for Defendant*

111. Hillsborough County Office of the County Attorney, *Attorneys for Defendant*

112. Hirschel, Andrew, *Attorney for Plaintiffs-Appellees*

113. Hispanic Federation, *Plaintiff-Appellee*

114. Hogan, Mike, *Defendant*

115. Holt, Dallin, *Attorney for Defendant-Appellant*

116. Holtzman Vogel Baran, et al., *Attorneys for Defendants-Appellant*

117. Hoots, Brenda, *Defendant*

118. Houlihan, Ashley, *Attorney for Defendant*

119. Hutto, Laura, *Defendant*

120. Janousek, John, *Attorney for Defendants*

121. Jarone, Joseph, *Attorney for Defendant*

122. Jazil, Mohammad, *Attorney for Defendant-Appellant*

123. Johnson, Diana, *Attorney for Defendant*

124. Johnson, Kia, *Attorney for Defendant*

125. Jones, Tammy, *Defendant*

126. Jouben, Jon, *Attorney for Defendant*

127. Joyner, Nia, *Attorney for Plaintiffs-Appellees*

128. Kahn, Jared, *Attorney for Defendant*

129. Kanter Cohen, Michelle, *Attorney for Plaintiffs-Appellees*

130. Karpatkin, Jeremy, *Attorney for Plaintiffs-Appellees*

131. Keen, William, *Defendant*

132. Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

133. Khazem, Jad, *Attorney for Plaintiffs-Appellees*

134. King Blackwell Zehnder, et. al., PA, *Attorneys for Plaintiffs-Appellees*

135. King, Nellie, *Attorney for Plaintiffs-Appellees*

136. Kinsey, Jennifer, *Defendant*

137. Kirk, Stephen, *Plaintiff-Appellee*

138. Klitsberg, Nathaniel, *Attorney for Defendant*

139. Knight, Shirley, *Defendant*

140. Labasky, Ronald, *Attorney for Defendants*

141. Latimer, Craig, *Defendant*

142. Latino Justice PRLDEF, *Attorneys for Plaintiffs-Appellees*

143. Lavia, John, *Attorney for Defendants*

144. Law Offices of Nellie King PA, *Attorneys for Plaintiffs-Appellees*

145. League of Women Voters of Florida Education Fund Inc., *Plaintiff-Appellee*

146. League of Women Voters of Florida, *Plaintiff-Appellee*

147. Lenhart, Kaiti, *Defendant*

148. Lewis, Lisa, *Defendant*

149. Link, Wendy, *Defendant*

150. Lopez, Janine, *Attorney for Plaintiffs-Appellees*

151. Lux, Paul, *Defendant*

152. Madduri, Lalitha, *Attorney for Plaintiffs-Appellees*

153. Madison, Alan, *Plaintiff-Appellee*

154. Marcus, Julie, *Defendant*

155. Mari, Frank, *Attorney for Defendants*

156. Marks Gray PA, *Attorneys for Defendant*

157. McNeil, Justin, *Jefferson County Supervisor of Elections*

158. McVay, Bradley, *Attorney for Defendant-Appellant*

159. Meadows, Therisa, *Defendant*

160. Meros, George, *Attorney for Intervenor-Defendant*

161. Messer Caparello & Self PA, *Attorneys for Defendant*

162. Miami-Dade County Attorney's Office, *Attorneys for Defendant*

163. Miller, Jeffrey, *Attorney for Plaintiff-Appellees*

164. Milton, Chris, *Defendant*

165. Mood, Kirsten, *Attorney for Defendant*

166. Moody, Ashley, *Defendant*

167. Moore, James, *Attorney for Defendants*

168. Morgan, Joseph, *Defendant*

169. NAACP Legal Defense & Educational Fund, Inc., *Attorneys for Plaintiffs- Appellees*

170. Nabors Giblin, & Nickerson PA, *Attorneys for Defendant*

171. Nasseri, Cyrus, *Attorney for Plaintiffs-Appellees*

172. National Center for Law and Economic Justice, *Attorneys for Plaintiffs-Appellees*

173. National Republican Senatorial Committee, *Intervenor-Defendant*

174. Negley, Mark, *Defendant*

175. Nordby, Daniel, *Attorney for Intervenor-Defendant*

176. Norris, Cameron, *Attorney for Intervenor-Defendant*

177. Oakes, Vicky, *Defendant*

178. O'Brien, Colleen, *Attorney for Defendant-Appellant*

179. O'Bryant, Patrick, *Attorney for Defendant*

180. O'Callaghan, Brendan, *Attorney for Plaintiffs-Appellees*

181. Ogg, Penny, *Defendant*

182. Olivo, Geraldo, *Attorney for Defendants*

183. Osborne, Deborah, *Defendant*

184. Ott, London, *Attorney for Defendant*

185. Overturf, Charles, *Defendant*

186. Palm Beach County Supervisor of Elections, *Attorneys for Defendant*

187. Paralyzed Veterans of America Central Florida Chapter, *Plaintiff-Appellee*

188. Paralyzed Veterans of America Florida Chapter, *Plaintiff-Appellee*

189. Perkins Coie LLP, *Attorneys for Plaintiffs-Appellees*

190. Perko, Gary, *Attorney for Defendant-Appellant*

191. Pinellas County Attorney's Office, *Attorneys for Defendant*

192. Poder Latinx, *Plaintiff-Appellee*

193. Price, Tara, *Attorney for Intervenor-Defendant*

194. Republican National Committee, *Intervenor-Defendant*

195. Riley, Heathers, *Defendant*

196. Rogers, Susan, *Plaintiff-Appellee*

197. Romero-Craft, Kira, *Attorney for Plaintiffs-Appellees*

198. Roper PA, *Attorneys for Defendants*

199. Rosenthal, Oren, *Attorney for Defendant*

200. Rudd, Carol, *Defendant*

201. Salzillo, Benjamin, *Attorney for Defendant*

202. Sanchez, Connie, *Defendant*

203. Scoon, Cecile, *Plaintiff-Appellee*

204. Scott, Dale, *Attorney for Defendant*

205. Scott, Joe, *Defendant,*

206. Scott, Lori, *Defendant*

207. Scott, Sharion, *Attorney for Plaintiffs-Appellees*

208. Segarra, Esperanza, *Attorney for Plaintiffs-Appellees*

209. Seyfang, Amanda, *Defendant*

210. Shannin Law Firm PA, *Attorneys for Defendants*

211. Shannin, Nicholas, *Attorney for Defendant*

212. Shapiro, Peter, *Attorney for Plaintiffs-Appellees*

213. Shaud, Matthew, *Attorney for Defendant*

214. Shearman, Robert, *Attorney for Defendants*

215. Sherman, Jonathan, *Attorney for Plaintiffs-Appellees*

216. Shutts & Bowen LLP, *Attorneys for Intervenor-Defendant*

217. Siegel, Rachel, *Attorney for Defendant*

218. Sivalingam, Danielle, *Attorney for Plaintiffs-Appellees*

219. Smith, Diane, *Defendant*

220. Southerland, Dana, *Defendant*

221. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

222. Stafford, David, *Defendant*

223. Stafford, William, *Attorney for Defendant*

224. Stamoulis, Paula, *Defendant*

225. Stewart, Gregory, *Attorney for Defendant*

226. Stiefel, Aaron, *Attorney for Plaintiffs-Appellees*

227. Swain, Robert, *Attorney for Defendant*

228. Swan, Leslie, *Defendant*

229. Tarpley, Carlton, *Attorney for Plaintiffs-Appellees*

230. Theodore, Elisabeth, *Attorney for Plaintiffs-Appellees*

231. Todd, Stephen, *Attorney for Defendant*

232. Trigg, Amia, *Attorney for Plaintiffs-Appellees*

233. Tuetken, Adam, *Attorney for Amicus*

234. Turner, Ron, *Defendant*

235. United States of America, *Amicus*

236. UnidosUS, *Plaintiff-Appellee*

237. Valdes, Michael, *Attorney for Defendant*

238. Vicari, Kelly, *Attorney for Defendant*

239. Vigil, Angela, *Attorney for Plaintiffs-Appellees*

240. Villane, Tappie, *Defendant*

241. Volusia County Attorney, *Attorneys for Defendant*

242. Walker, Gertrude, *Defendant*

243. Walker, Mark, *District Court Judge*

244. Washington, D.C., Office of the Attorney General, *Attorneys for Amicus*

245. Wermuth, Frederick, *Attorney for Plaintiffs-Appellees*

246. Whitaker, Henry C., *Solicitor General of Florida*

247. White, Christina, *Defendant*

248. Wilcox, Wesley, *Defendant*

249. Williams, Jillian, *Attorney for Plaintiffs-Appellees*

250. Wright, Brenda, *Attorney for Plaintiffs-Appellees*

251. Zacherl, Frank, *Attorney for Intervenor-Defendant*

252. Zender, Thomas, *Attorney for Plaintiffs-Appellees*

Plaintiffs-Appellees further state that no publicly traded company or corporation has an interest in the outcome of the case or appeal. Per Circuit Rule 26.1-2(c), Plaintiffs-Appellees certifies that the CIP contained herein is complete.

Dated: February 18, 2025

Ellen Y. Choi**
**Covington & Burling LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
echoi@cov.com

Nellie L. King (Fla. Bar No. 99562)
**The Law Offices of Nellie L. King, P.A**.
319 Clematis Street, Suite 107
West Palm Beach, FL 33401
(561) 833-1084
Nellie@CriminalDefenseFla.com

**(application for pro hac vice forthcoming)

*Counsel for Plaintiffs-Appellees*

Respectfully submitted,
*/s/ Amia L. Trigg*
Amia L. Trigg*
**NAACP Legal Defense & Educational Fund, Inc.**
700 14th Street NW, Ste. 600
Washington, DC 20005
(202) 682-1300
atrigg@naacpldf.org

Morenike Fajana*
**NAACP Legal Defense & Educational Fund, Inc.**
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
mfajana@naacpldf.org

*Admitted pro hac vice

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on February 18, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Amia Trigg*
Amia Trigg
